# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
MIDDLE District of Florida

Case Number: 6:24-CV-00207-GAP-LHP

Plaintiff:
**AISHIA PETERSON**

vs.

Defendant:
**EDDIE BAUER LLC**

For:
Acacia Barros
ACACIA BARROS, PA
11120 N KENDALL DR
Suite 201
Miami, FL 33176

Received by PREFERRED PROCESS SERVERS, INC. on the 2nd day of February, 2024 at 8:29 am to be served on **EDDIE BAUER LLC C/O CT CORPORATION SYSTEM, 1200 S PINE ISLAND RD, PLANTATION, FL 33324**.

I, ALEJANDRO GARCIA, do hereby affirm that on the **5th day of February, 2024** at **11:00 am, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION; GUIDANCE ON WEB ACCESSIBILITY AND THE ADA;CIVIL COVER SHEET; COMPLAINT FOR PERMANENT INJUNCTION RELE; EXHIBIT "A"** with the date and hour of service endorsed thereon by me, to: **DONNA MOCH** as **SOP MANAGER** for **EDDIE BAUER LLC C/O CT CORPORATION SYSTEM**, at the address of: **1200 S PINE ISLAND RD, PLANTATION, FL 33324**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am of legal age, I have no interest in the above action and that I am a Certified or Sheriff appointed Process Server in good standing in the Judicial Circuit in which the process was served. Under penalty of perjury, I declare that I have read the forgoing return of service and that the facts stated in it are true per F.S. 92.535(2). Notary not required.

_____
**ALEJANDRO GARCIA**
C.P.S. # 1750

**PREFERRED PROCESS SERVERS, INC.**
P.O. Box 771445
Miami, FL 33177
(305) 554-1555

Our Job Serial Number: PRF-2024000103