UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No: 6:24-cv-207-GAP-LHP

AISHIA PETERSEN,

        Plaintiff,

v.

EDDIE BAUER, LLC,

        Defendant

_____/

## Notice of Pendency of Other Actions

In accordance with Local Rule 1.07, I certify that the instant action:

_____   IS   related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____
_____
_____

**X**___   IS NOT   related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated: 2/12/2024

/s/ Acacia Barros
Acacia Barros, P.A.
FBN: 106277
11120 N. Kendall Dr., Suite 201
Miami, FL 33176
Tel: (305) 639-8381