**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

AISHIA PETERSEN,

      Plaintiff,

v.                                                                                    Case No: 6:24-cv-207-GAP-LHP

EDDIE BAUER, LLC,

      Defendant.

_____/

**<u>JOINT NOTICE OF SETTLEMENT</u>**

      Plaintiff **ASHIA PETERSEN** and Defendant EDDIE BAUER, LLC., hereby notify the court that a provisional settlement has been reached in the above-captioned case.  The parties would like to avoid any additional expense, and further the interests of judicial economy, while they focus efforts on finalizing the material terms of the settlement and reducing it to a writing.  The parties therefore request this Court to vacate all currently set dates with the expectation that a Notice or Stipulation of Dismissal will be filed within sixty (60) days.

  Dated this 8th day of April  2024.

By:   */s/ Acacia Barros*
Acacia Barros, Esq.
Fla. Bar No. 106277
**ACACIA BARROS, P.A.**
11120 N. Kendall Dr., Suite 201
Miami, Florida 33176
Telephone: 305-639-8381
ab@barroswlawfirm.com
*Counsel for Plaintiff*

By: /s/ *Nicholas J. Secco*
 Nicholas J. Secco (110091)
71 S. Wacker, Suite 1600
Chicago, Illinois 60606
Telephone: 312.212.4955
Facsimile: 312.767.9192
nsecco@beneschlaw.com
*Counsel for Defendant*

1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 8th day of April 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system and it will be furnished to the Defendant's attorney, Nicholas J. Secco at nsecco@beneschlaw.com.

/s/ Acacia Barros
Acacia Barros, Esq.
ACACIA BARROS, P.A.