**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

AISHIA PETERSEN,

       Plaintiff,

v.                                Case No:   6:24-cv-207-GAP-LHP

EDDIE BAUER, LLC,

       Defendant

---

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

Upon consideration of the Joint Notice of Settlement (Doc. 18), it is

**ORDERED** that this case is DISMISSED without prejudice pursuant to

Local Rule 3.09(b), subject to the right of any party to move the Court within

sixty (60) days for the purpose of entering a stipulated form of final order or

judgment; or, on good cause shown, to reopen the case for further

proceedings.   Any pending motions are **DENIED** as moot.   The Clerk is

directed to close this file.

      **DONE** and **ORDERED** in Chambers in Orlando, Florida on April 9,

2024.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties